JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

PABLO RIVAS,

       Plaintiff,

    v.

AFFIRM HOLDINGS, INC.; and
EXPERIAN INFORMATION
    SOLUTIONS, INC.,

       Defendants.

Case No. 8:25-cv-01004-JWH-ADSx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 26] entered on or about February 5, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.     This action, including all claims asserted herein, is **DISMISSED**.

2.     To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:     April 10, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-